to vacate his Federal sentence pursuant to 28 U.S.C. § 2255. This appeal is from the order of the district court denying that motion.

Appellant alleges, *inter alia*, that he was denied due process of law as a result of Government trickery; that he was denied the right to counsel; and that certain testimony was admitted into evidence erroneously. We have carefully examined the record and find no basis for appellant's contentions.

The order of the district court will be affirmed.

---

## OPINION OF THE COURT

### PER CURIAM:

Before us is an appeal from an order directing that a summons under authority of the Internal Revenue Code of 1954, 26 U.S.C.A. §§ 7402(b) and 7604 (a) be enforced and respondent be directed to produce the items called for thereby. After careful consideration of the briefs and argument, we believe that this case is controlled by United States v. De Grosa, 405 F.2d 926 (3 Cir. 1969); United States v. Erdner, 422 F. 2d 835 (3 Cir. 1970).

The judgment of the district court will be affirmed.

---

UNITED STATES of America and James M. Vighetti, Special Agent, Internal Revenue Service

v.

N. R. WHITE, as Treasurer of Hiram Swank's Sons, Inc., Appellant.

No. 18822.

United States Court of Appeals, Third Circuit.

Argued Dec. 8, 1970.

Decided Dec. 17, 1970.

Leonard Boreman, Baskin, Boreman, Sachs, Gondelman & Craig, Pittsburgh, Pa. (Charles E. Wittlin, Gerald S. Lesher, Pittsburgh, Pa., on the brief), for appellant.

Joseph H. Reiter, Department of Justice—Tax Division, Washington, D. C. (Johnnie M. Walters, Asst. Atty. Gen., Lee A. Jackson, Joseph M. Howard, John M. Brant, Attys., Deparment of Justice, Washington, D. C., Richard L. Thornburgh, U. S. Atty., on the brief), for appellee.

Before ALDISERT, ADAMS and ROSENN, Circuit Judges.

---

NATIONAL LABOR RELATIONS BOARD, Petitioner

v.

JOHN RUMMEL PONTIAC–CADILLAC, INC., Berry Pontiac, Inc., Drummy Oldsmobile, Inc., Mike Savoie Chevrolet, Floyd Foren Chevrolet, Inc., Engle Chevrolet-Oldsmobile Company, and Ed Rinke Chevrolet, Inc., Respondents.

No. 20273.

United States Court of Appeals, Sixth Circuit.

Dec. 23, 1970.

Charles R. Both, N. L. R. B., Washington, D. C., Arnold Ordman, General Counsel, Dominick L. Manoli, Associate General Counsel, Marcel Mallet-Prevost, Asst. General Counsel, Eugene B. Granof, Judith P. Wilkenfeld, Attys., N. L. R. B., Washington, D. C., on the brief, for petitioner.

Louis J. Colombo, Jr., Detroit, Mich., Colombo, Vermeulen & Colombo, Frederick Colombo, William J. MacQueen, Detroit, Mich., on the brief, for respondents.